OVER THE COUNTER

# Top 20 CREDITORS



AFG, LLC
100 Jackson Street
Suite 201
Denver, CO 80206

Elkhart County Treasurer
117 North 2nd Street
Goshen, IN 46526-3296

Elkhart Public Work & Utilities Department
1201 South Nappanee St
Elkhart, IN 46516-1521

Menard's
P.O. Box 15521
Wilmington, DE 19850-5521

Lowe's
1000 Lowes Blvd
Mooresville, NC 28117-8520

Society Insurance
P.O. Box 1029
Fond Du Lac, WI 54936-1029

The Celina Mutual Insurance Company
1 Insurance Square
Celina, Ohio 45822

Arab Pest Control of Michiana
2923 Paul Drive
Elkhart, IN 46514

## **TOP 20 CREDITORS**

Homebuyers LLC
115 S Lafayette Blvd
South Bend, IN 46601

```
                                          _____
                                              Steven D Kollar
```